(95 South. 490)

### Ex parte SIMMONS.  (3 Div. 599.)

(Supreme Court of Alabama.  Feb. 1, 1923.)

Certiorari to Court of Appeals.

Jones & Kelly, of Evergreen, and James J. Mayfield, of Montgomery, for petitioner.

E. C. Page, of Evergreen, and Powell & Hamilton, of Greenville, opposed.

MILLER, J.  Petition of G. R. Simmons for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Conecuh County v. G. R. Simmons, 95 South. 488.

Writ denied.